JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MIGUEL MARTINEZ-PINEDA, an individual, and AIA ALTAIBA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. EDCV 17-02256-WDK (SPx)<br><br>**JUDGMENT**<br><br>Trial Date:  February 4, 2020<br><br>Honorable William D. Keller<br>United States District Judge |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Plaintiff Miguel Martinez-Pineda on his claim of negligence.

2. Judgment is entered in favor of Plaintiff Aia Altaiba on her claim of loss of consortium.

3. The United States is ordered to pay $8,980,250.00 to Plaintiff Aia Altaiba for damages on her claim of loss of consortium.

4. The United States is ordered to pay $451,742.18 to Plaintiff Martinez-Pineda for damages for past medical expenses.

5. The United States is ordered to pay $122,362.60 to Plaintiff Martinez-Pineda for damages for past loss of earnings.

6. The United States is ordered to pay $580,879.80 to Plaintiff Martinez-Pineda for damages for future loss of earnings.

7. The United States is ordered to pay $8,765,792.45 to Plaintiff Martinez-Pineda for damages for future medical expenses, which is to be paid into a Reversionary Trust to be finalized by the Court.

DATED: November 18, 2020

*[signature]*

HONORABLE WILLIAM D. KELLER
United States District Judge