**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MIGUEL MARTINEZ-PINEDA, an individual, and AIA ALTAIBA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. EDCV 17-02256-WDK (SPx)<br><br>**AMENDED JUDGMENT**<br><br>Trial Date:     February 4, 2020<br><br>Honorable William D. Keller<br>United States District Judge |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Plaintiff Miguel Martinez-Pineda on his claim of negligence.

2. Judgment is entered in favor of Plaintiff Aia Altaiba on her claim of loss of consortium.

3. The United States is ordered to pay $8,980,250.00 to Plaintiff Altaiba for damages on her claim of loss of consortium.

4. The United States is ordered to pay $451,742.18 to Plaintiff Martinez-Pineda for damages for past medical expenses.

5. The United States is ordered to pay $122,362.60 to Plaintiff Martinez-Pineda for damages for past loss of earnings.

6. The United States is ordered to pay $580,879.80 to Plaintiff Martinez-Pineda for damages for future loss of earnings.

7. The United States is ordered to pay $8,765,792.45 to Plaintiff Martinez-Pineda for damages for future medical expenses which is to be paid into a Reversionary Trust.

8. The above damages reflect the 15% reduction from the total damages amounts for Plaintiff Martinez-Pineda's comparative liability.

9. The United States is ordered to pay Plaintiffs' counsel 25% of the total damages award in attorneys' fees:

   a. $2,245,063 from Plaintiff Altaiba's total award;

   b. $288,747 from Plaintiff Martinez-Pineda's total award for his past medical expenses, past loss of earnings, and future loss of earnings award; and

   c. $2,191,448 to be paid yearly from the periodic payments for future medical expenses as indicated in the Schedule of Future Payments (the "Schedule"). (*See* Exhibit A attached to the Reversionary Trust.)

10. This Judgment supersedes the Court's Order dated November 18, 2020 (Dkt. No. 201).

1
2  DATED: December 23, 2020
3
4
5  _____
6  HONORABLE WILLIAM D. KELLER
   United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28