**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL MARTINEZ-PINEDA, an individual, and AIA ALTAIBA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF NAVY; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. EDCV 17-02256-WDK (SPx)<br><br>**SECOND AMENDED JUDGMENT AS TO PLAINTIFF MIGUEL MARTINEZ-PINEDA**<br><br>**Honorable William D. Keller** |

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1.    Judgment is entered in favor of Plaintiff Miguel Martinez-Pineda and against Defendant United States of America on his claim of negligence.

    2.    Damages are awarded to Plaintiff Martinez-Pineda in the amount of $9,920,777.03.

3. The above damages reflect the 15% reduction from the total damages amounts for Plaintiff Martinez-Pineda's comparative liability.

4. Attorneys' fees are limited by 28 U.S.C. § 2678.

5. This Judgment supersedes the prior Amended Judgment dated December 23, 2020 (Dkt. No. 220) as to Plaintiff Martinez-Pineda.

DATED: October 3, 2023

_____
HONORABLE WILLIAM D. KELLER
United States District Judge