1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MIGUEL MARTINEZ-PINEDA, an individual, and AIA ALTAIBA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. EDCV 17-02256-WDK (SPx)<br><br>**SECOND AMENDED JUDGMENT AS TO PLAINTIFF AIA ALTAIBA**<br><br>Honorable William D. Keller<br>United States District Judge |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Plaintiff Aia Altaiba and against Defendant United States of America on her claim for loss of consortium.

2. Damages are awarded to Plaintiff Altaiba in the amount of $10,126,560.00.

3. The above damages reflect the 15% reduction from the total damages amount for Plaintiff Martinez-Pineda's comparative liability.

4. Attorneys' fees are limited by 28 U.S.C. § 2678.

5. This Judgment supersedes the prior Amended Judgment dated December 23, 2020 (ECF No. 220) as to Plaintiff Altaiba.

DATED:   May 30, 2024

HONORABLE WILLIAM D. KELLER
United States District Judge

1