# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:17-cv-02256-WDK-SP

Date June 4, 2025

Title: Miguel Martinez-Pineda et al v. United States of America et al

Present: The Honorable William D. Keller, United States District Judge

| Lesbith Castillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
None

Attorneys Present for Defendants:
None

Proceedings:   ☐ In Court   ☐ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated 5/30/24.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer   lca